IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL MODRICH,<br><br>          Defendant. | Case No. 3:18-cr-00466-BR<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE |

BROWN, Senior District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filing and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective July 29, 2020, followed by a term of three years' supervised release. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Modrich. The Court adds the following conditions of supervised release: (1) self-quarantine at the approved residence for a period of 14 days; and (2) home confinement until October 26, 2020. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

  The Court therefore GRANTS the Joint Motion to Reduce Sentence.

**Page 1.** **ORDER GRANTING MOTION TO REDUCE SENTENCE**

IT IS HEREBY ORDERED that Defendant shall be released on Wednesday, July 29, 2020, for travel to his approved release residence in Oregon. Upon his arrival at the residence, the defendant shall be required to adhere to a 14-day quarantine period at the residence, subject to location monitoring at the discretion of U.S. Probation, unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require home confinement up to October 26, 2020. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this 28th day of July, 2020.

       /s/ Anna J. Brown
Hon. Anna J. Brown
Senior United States District Court Judge